IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LAWRENCE LEE JONES**,

    **Plaintiff,**

v.                                                    Case No. 4:16cv170-MW/CAS

**RICK SCOTT, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), but Plaintiff is **given leave to file an amended complaint** on his own behalf in compliance with this Report and Recommendation. The motion for class certification, ECF No. 3, is **DENIED**. The motion for appointment of counsel, ECF No. 4, is **DENIED**. The motion for

leave to exceed the page limit, ECF No. 6 is **GRANTED** for the limited purpose of filing the initial complaint but otherwise **DENIED** to the extent Plaintiff may submit an amended complaint." This case is **remanded** to the Magistrate Judge for further proceedings.

    **SO ORDERED on June 4, 2016.**

                                                    <u>**s/Mark E. Walker**</u>    
                                                    **United States District Judge**