IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAWRENCE LEE JONES,

    Plaintiff,

v.                               Case No. 4:16cv170-MW/CAS

MELINDA N. COONROD, et al.,

    Defendants.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Second Report and Recommendation, ECF No. 55, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation. ECF No. 56. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The amended motion to dismiss, ECF No. 45, is **GRANTED** and Plaintiff's Fifth Amended Complaint, ECF No. 41, is **DISMISSED** for failure to state a claim." The Clerk shall close the file.

**SO ORDERED on February 12, 2018.**

                                          s/Mark E. Walker      
                                          **United States District Judge**